# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ANTHONY WEAVER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:08-CV-395-TS |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Anthony Weaver, a *pro se* prisoner, filed a Habeas Corpus Petition [DE 1] challenging his 90-day loss of earned credit time. On July 22, 2008, in case number WCA 08-07-0005, the Westville Correctional Facility Disciplinary Hearing Body (DHB) found him guilty of unauthorized possession, destruction, alteration, damage, or theft of State property or property belonging to another in violation of B-215.

The Petitioner presents two claims, both arguing that his hearing was held outside of the time limits set by the Adult Disciplinary Policy of the Indiana Department of Corrections. Violations of prison rules are not a basis for habeas corpus relief because, "[i]n conducting habeas review, a federal court is limited to deciding whether a conviction violated the Constitution, laws, or treaties of the United States." *Estelle v. McGuire*, 502 U.S. 62, 68 (1991). Because there is no constitutional requirement that a prison disciplinary hearing be conducted within seven days, this claim presents no basis for habeas corpus relief.

Because "it plainly appears from the petition and exhibits that the petitioner is not entitled to relief," this Habeas Corpus Petition [DE 1] must be DENIED pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

SO ORDERED on March 19, 2009.

    s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION